PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Jan 03, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR THE CELLULAR TELEPHONES ASSIGNED CALL NUMBERS 916-757-9092, 916-752 3966, and 916 764-4100.

CASE NO.   2:23-sw-0002 DB

[PROPOSED] SEALING ORDER

**UNDER SEAL**

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

Dated:   January 3, 2023 _____

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE